IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BLAGMAN | : |
| v. | : CIVIL ACTION NO. 13-3236 |
| JEROME WALSH, *et al.* | : |

## ORDER

**AND NOW,** this 30th day of September 2013, upon careful and independent consideration of the Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254, and after careful review of the Report and Recommendation of Magistrate Judge Jacob P. Hart, to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The Petition is **STAYED** and held in **ABEYANCE** until the conclusion of Petitioner's state-court proceedings;

3. Within thirty days after the conclusion of his state-court proceedings, Petitioner shall notify this Court if he intends to proceed with this Petition. If Petitioner fails to so notify the Court, this Order will be vacated and the Petition dismissed without prejudice;

4. There is no basis for the issuance of a certificate of appealability; and

5. The Clerk is directed to place the case into **CIVIL SUSPENSE**.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.